IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEPHEN KEITH POWELL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-004
)
INVESTIGATOR JEREMY SCOTT, )
SHERIFF JIMMIE MCDUFFIE, )
POLICE CHIEF MIKE BOHANON, )
CITY OF RINCON, INVESTIGATOR )
DAVID EHSANIPOOR, and )
INVESTIGATOR MASON GALLOWAY, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 63), to which objections have been filed (Doc. 65). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendants' Motion for Summary Judgment and Defendant Galloway's Motion to Dismiss (Doc. 56) are **GRANTED**. The Clerk of Court is **DIRECTED** to close this case and **REMAND** to the Superior Court of Effingham County.

SO ORDERED this 23RD day of August 2013.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA