IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 AUG 23 AM 10:41

CLERK_____
SO. DIST. OF GA.

STEPHEN KEITH POWELL,          )
                               )
        Plaintiff,             )
                               )
v.                             )          CASE NO. CV412-004
                               )
INVESTIGATOR JEREMY SCOTT,     )
SHERIFF JIMMIE MCDUFFIE,       )
POLICE CHIEF MIKE BOHANON,     )
CITY OF RINCON, INVESTIGATOR   )
DAVID EHSANIPOOR, and          )
INVESTIGATOR MASON GALLOWAY,   )
                               )
        Defendants.            )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 63), to which objections have been
filed (Doc. 65). After a careful de novo review of the
record, the Court finds Plaintiff's objections to be
without merit. Accordingly, the report and recommendation
is **ADOPTED** as the Court's opinion in this case and
Defendants' Motion for Summary Judgment          and
Defendant Galloway's Motion to Dismiss (Doc. 56) are
**GRANTED**. The Clerk of Court is **DIRECTED** to close this case
and **REMAND** to the Superior Court of Effingham County.

SO ORDERED this _23RD_ day of August 2013.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA