AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Stephen Keith Powell

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV412-4

Investigator Jeremy Scott at al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 23, 2013, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; granting defendant's Motion to Dismiss. This action is remanded to the Superior Court of Effingham.



August 23, 2013
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03